# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>          Plaintiff,<br><br>  v.<br><br>W. M. WUNDERLICH, et al.,<br><br>          Defendants.<br>_____/ | 1:08-cv-00995-GSA-PC<br><br>ORDER VACATING ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 3)<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

      Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed on July 14, 2008. On July 18, 2008, the court issued an order for plaintiff to submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or pay the $350.00 filing fee. (Doc. 3.) However, the court now finds that plaintiff is precluded from proceeding in forma pauperis in this action. See 28 U.S.C. §1915(g).

      Section 1915(g) of Title 28 of the United States Code provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." To date, plaintiff has had three or more actions dismissed as frivolous, as malicious, or for

failing to state a claim upon which relief may be granted.[1]  Thus, plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding he is, at this time, under imminent danger of serious physical injury.  Accordingly, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.   It follows that the court must vacate its order for plaintiff to submit an application to proceed in forma pauperis.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action;

2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this action will be dismissed, without prejudice;

3. The court's order of July 18, 2008, ordering plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee, is VACATED; and

4. Plaintiff is forewarned that failure to comply with this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 18, 2008**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of 4:04-cv-00782-CW Williams v. McGrath, et al (N.D. Cal.) (dismissed for failure to state a claim on 06/25/2004), 4:04-cv-02543-CW Williams v. Hagar, et al. (N.D. Cal.) (dismissed for failure to state a claim on 11/10/2004), and C-04-3211-CW(PR) In Re: Antonio Luis Williams (N.D. Cal.) (dismissed for no legal merit on 12/22/2004 by order finding plaintiff barred from proceeding in forma pauperis under § 1915(g) due to three strikes in the Northern District of California court).