IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS, | 1:08-cv-00995-OWW-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| W. M. WUNDERLICH, et al., | OBJECTIONS, IF ANY, DUE IN 30 DAYS |
| Defendants. | |

Plaintiff Antonio Luis Williams ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2008, pursuant to 28 U.S.C. § 1915(g), the undersigned found plaintiff ineligible to proceed in forma pauperis and required plaintiff to pay the $350.00 filing fee in full for this action within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee, and the Clerk be ordered to close the case.

These Findings and Recommendation will be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1). Within thirty (30) days after being served with a copy of these Findings and Recommendation, any party may file written objections

1  with the court and serve a copy on all parties.  Such a document should be captioned "Objections to
2  Magistrate Judge's Findings and Recommendation."   The parties are advised that failure to file
3  objections within the specified time may waive the right to appeal the order of the District Court.
4  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6        IT IS SO ORDERED.
7        Dated:   **September 4, 2008**                          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE